THE GALLIHER LAW FIRM
Keith E. Galliher, Jr., Esq.
Nevada Bar No. 220
Jeffrey L. Galliher, Esq.
Nevada Bar No. 8078
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com
jgalliher@galliherlawfirm.com
Attorneys for Plaintiffs

--o0o--

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROSEN MARIANO, An Individual,

Plaintiff,

v.

THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, CORRECTIONAL HEALTHCARE COMPANIES, INC, A Foreign Corporation, CORRECT CARE SOLUTIONS LLC, A Foreign Limited Liability Company, MICHELE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, CORRECTIONS OFFICER DOE 1- 10, HEALTH CARE WORKER DOES 11-20, DOES 21-99 inclusive, ROE CORPORATIONS 100-199, inclusive,

Defendants.

CASE NO.: 2:18-cv-01911

## CERTIFICATE REQUIRED BY LR 7.1-1

The undersigned counsel of record for Rosen Mariano, certifies that the following have an interest in the outcome of this case:

1. Rosen Mariano



THE GALLIHER LAW FIRM
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
702-735-0049 Fax: 702-735-0204

2. The City of Las Vegas

3. Correctional Healthcare Companies, Inc.

4. Correct Care Solutions, LLC

5. Michele Freeman, Chief Detention Enforcement for the City of Las Vegas

These representations are made to enable judges of the court to evaluate possible recusal.

**DATED** this 3 day of October, 2018

THE GALLIHER LAW FIRM

Keith E. Galliher, Jr., Esq.
Nevada Bar No. 220
Jeffrey L. Galliher, Esq.
Nevada Bar No. 8078
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

**THE GALLIHER LAW FIRM**
**1850 E. Sahara Avenue, Suite 107**
**Las Vegas, Nevada 89104**
**702-735-0049 Fax: 702-735-0204**