S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
JOHN M. ORR
Nevada Bar No. 14251
John.Orr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for CCS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEN MARIANO, An individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, CORRECTIONAL HEALTHCARE COMPANIES, INC., A Foreign Corporation, CORRECT CARE SOLUTIONS LLC, A Foreign Limited Liability Company, MICHELLE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, CORRECTION OFFICER DOE 1-10, HEALTCH CARE WORKER DOES 11-20, DOES 21-99 inclusive, ROE CORTPORATIONS 100-199, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01911-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff ROSEN MARIANO, by and through his counsel of record, Jeffrey Galliher, Esq., and Keith E. Galliher, Esq. of The Galliher Law

4821-4839-5129.1                                         1

Firm and and Defendant CORRECT CARE SOLUTIONS, LLC, by and through its counsel of record, S. Brent Vogel, Esq., and John M. Orr, Esq., of the law frim Lewis Brisbois Bisgaard & Smith, LLP, pursuant to LR 6-1, 6-2, and 7-1, that the time for Defendant Correct Care Solutions, LLC to file a responsive pleading to Plaintiff's Complaint [#1], on file herein, is hereby extended up to and including **November 9, 2018**. The stipulation is entered to allow counsel sufficient time to consult with Defendant Correct Care Solutions, LLC and investigate the allegations of the Complaint prior to filing a responsive pleading.

This stipulation is made in good faith and not for the purpose of delay. Defendant Correct Care Solutions, LLC is not disputing service of process. This is the first extension of time requested by counsel for filing Defendant Correct Care Solutions, LLC's responsive pleading to Plaintiff's Complaint.

Dated this     day of October, 2018.                    Dated this     day of October, 2018.

By: __/s/Keith E. Galliher_____                     By: __/s/John M. Orr_____
Keith E. Galliher, Jr., Esq.                            S. Brent Vogel, Esq.
Nevada Bar No.220                                       Nevada Bar No. 6858
Jeffrey L. Galliher, Esq.                               John M. Orr, Esq.
Nevada Bar No. 8078                                     Nevada Bar No. 14251
THE GALLIHER LAW FIRM                                   LEWIS BRISBOIS BISGAARD & SMITH
1850 E. Sahara Avenue, Suite 107                        6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89104                                 Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                               *Attorneys for Correct Care Solutions, LLC*

**ORDER**

IT IS SO ORDERED.

Dated: __10-26-2018_____

*George Foley Jr.*
_____
UNITED STATES MAGISTRATE JUDGE

4821-4839-5129.1                                            2