S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
JOHN M. ORR
Nevada Bar No. 14251
John.Orr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for CCS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEN MARIANO, An individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, CORRECTIONAL HEALTHCARE COMPANIES, INC., A Foreign Corporation, CORRECT CARE SOLUTIONS LLC, A Foreign Limited Liability Company, MICHELLE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, CORRECTION OFFICER DOE 1-10, HEALTCH CARE WORKER DOES 11-20, DOES 21-99 inclusive, ROE CORTPORATIONS 100-199, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01911-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS CORRECTIONAL HEALTHCARE COMPANIES, INC. (CHC) WITHOUT PREJUDICE** |

Defendant CORRECT CARE SOLUTIONS LLC, by and through its counsel of record, S. Brent Vogel, Esq., and John M. Orr, Esq., of the law frim Lewis Brisbois Bisgaard & Smith,

LLP, and Plaintiff ROSEN MARIANO, do hereby stipulate and agree that all Plaintiff's pending claims against Defendant Correctional Healthcare Companies, are hereby **DISMISSED WITH PREJUDICE,** each party to bear its own fees and costs.

| | |
|---|---|
| Dated this 2nd day of November, 2018 | Dated this 2nd day of November, 2018. |
| By: /s/Keith E. Galliher<br>Keith E. Galliher, Jr., Esq.<br>Nevada Bar No.220<br>Jeffrey L. Galliher, Esq.<br>Nevada Bar No. 8078<br>THE GALLIHER LAW FIRM<br>1850 E. Sahara Avenue, Suite 107<br>Las Vegas, Nevada 89104<br>*Attorneys for Plaintiff* | By: /s/John M. Orr<br>S. Brent Vogel, Esq.<br>Nevada Bar No. 6858<br>John M. Orr, Esq.<br>Nevada Bar No. 14251<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Correct Care Solutions, LLC* |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against all Defendant Correctional Healthcare Companies named herein are DISMISSED without prejudice.

**ORDER**

Dated: ___________________________

___________________________________
U. S. DISTRICT COURT JUDGE

*Respectfully submitted by:*
LEWIS BRISBOIS BISGAARD & SMITH, LLP

_/s/John M. Orr_____________________
S. Brent Vogel, Esq.
John M. Orr, Esq.
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118