S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
JOHN M. ORR
Nevada Bar No. 14251
John.Orr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for CCS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEN MARIANO, An individual, | Case No.: 2:18-cv-01911-APG-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS CORRECTIONAL HEALTHCARE COMPANIES, INC. (CHC) WITHOUT PREJUDICE** |
| THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, CORRECTIONAL HEALTHCARE COMPANIES, INC., A Foreign Corporation, CORRECT CARE SOLUTIONS LLC, A Foreign Limited Liability Company, MICHELLE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, CORRECTION OFFICER DOE 1-10, HEALTCH CARE WORKER DOES 11-20, DOES 21-99 inclusive, ROE CORTPORATIONS 100-199, inclusive, | |
| Defendants. | |

Defendant CORRECT CARE SOLUTIONS LLC, by and through its counsel of record, S. Brent Vogel, Esq., and John M. Orr, Esq., of the law frim Lewis Brisbois Bisgaard & Smith,

4818-8994-7770.1                                            1

1 | LLP, and Plaintiff ROSEN MARIANO, do hereby stipulate and agree that all Plaintiff's pending
2 | claims against Defendant Correctional Healthcare Companies, are hereby **DISMISSED WITH**
3 | **PREJUDICE,** each party to bear its own fees and costs.

Dated this 2nd day of November, 2018     Dated this 2nd day of November, 2018.

By: __/s/Keith E. Galliher             By: __/s/John M. Orr_____
Keith E. Galliher, Jr., Esq.                 S. Brent Vogel, Esq.
Nevada Bar No.220                            Nevada Bar No. 6858
Jeffrey L. Galliher, Esq.                    John M. Orr, Esq.
Nevada Bar No. 8078                      Nevada Bar No. 14251
THE GALLIHER LAW FIRM          LEWIS BRISBOIS BISGAARD & SMITH
1850 E. Sahara Avenue, Suite 107     6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89104             Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                    *Attorneys for Correct Care Solutions, LLC*

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against all Defendant Correctional Healthcare Companies named herein are DISMISSED without prejudice. |

**ORDER**

Dated: November 5, 2018.

_____
U. S. DISTRICT COURT JUDGE

*Respectfully submitted by:*
LEWIS BRISBOIS BISGAARD & SMITH, LLP


 /s/John M. Orr_____
S. Brent Vogel, Esq.
John M. Orr, Esq.
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89118