UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROSEN MARIANO,<br><br>                  Plaintiff,<br>v.<br>CITY OF LAS VEGAS, *et al*.,<br><br>                  Defendants. | Case No. 2:18-cv-01911-APG-GWF<br><br>**ORDER** |

      This matter is before the Court on Defendants failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed on October 3, 2018. Defendants, City of Las Vegas and Michael Freemen, filed their Answer (ECF No. 12) on October 29, 2018. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Defendants have failed to comply. Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

1

**IT IS HEREBY ORDERED** that Defendants shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **January 3, 2019**. Failure to comply may result in the issuance of an order to show cause why *sanctions* should not be imposed.

Dated this 21st day of December, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE