S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
JOHN M. ORR
Nevada Bar No. 14251
John.Orr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Correct Care Solutions LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, An individual, | Case No.: 2:18-cv-01911-APG-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |
| THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, CORRECTIONAL HEALTHCARE COMPANIES, INC., A Foreign Corporation, CORRECT CARE SOLUTIONS LLC, A Foreign Limited Liability Company, MICHELLE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, CORRECTION OFFICER DOE 1-10, HEALTCH CARE WORKER DOES 11-20, DOES 21-99 inclusive, ROE CORTPORATIONS 100-199, inclusive, | |
| Defendants. | |

/ / /

/ / /

4844-0923-2520.1               1

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days, up to and including July 29, 2019.  In addition, the parties request that the deadlines for expert disclosure, rebuttal expert disclosure, joint interim status report, dispositive motions, and pretrial order also be extended as outlined herein.  In support of this Stipulation and Request, the parties state as follows:

1. On November 9, 2018, Plaintiff filed his First Amended Complaint in the United States District Court, Clark County, Nevada.

2. On November 26, 2018, Defendant City of Las Vegas and Michele Freeman Answered the First Amended Complaint.

3. On January 8, 2019, Defendant Correct Care Solutions, LLC Answered the First Amended Complaint.

4. On January 10, 2019, Plaintiff served his initial document and witness disclosure.

5. On January 30, 2019, Defendant Correct Care Solutions, LLC served its initial document and witness disclosure.

**DISCOVERY REMAINING**

1. Defendants will take the deposition of Plaintiff.

2. The parties will complete all written discovery.

3. The Plaintiff will take the depositions of the named Defendants.

4. The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

4844-0923-2520.1

2

### **WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Plaintiff's original Complaint named Correctional Healthcare Companies ("CHC") as a defendant. It also named Correct Care Solutions, LLC ("CCS") as a defendant. Defendant CCS conducted an investigation that revealed that the original Complaint incorrectly named CHC as a party because CHC did not have the health services contract with the City of Las Vegas during the relevant time period outlined in the Complaint. CCS had the relevant contract. The majority of the allegations in the Complaint referred to the conduct of CHC. The parties agreed that Plaintiffs would file an Amended Complaint that corrected this error and addressed the relevant allegations to CCS. The current scheduling order was based on the original Complaint. CCS answered the Amended Complaint on January 8, 2019. This initial investigation to identify the correct parties and clean-up the pleadings caused delays in launching discovery.

Extension or Modification of The Discovery Plan and Scheduling Order. LR 26-4 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-4.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | April 29, 2019 | Monday, July 29, 2019 |
| Amendment to Pleadings | January 29, 2019 | Closed |
| Interim Status Report | February 28, 2019 | Wednesday, May 29, 2019 |
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | February 28, 2019 | Wednesday, May 29, 2019 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | April 1, 2019 | Monday, July 1, 2019 |
| Dispositive Motions | May 29, 2019 | Tuesday, August 27, 2019 |
| Joint Pretrial Order | June 28, 2019 | Thursday, September 26, 2019 |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety (90) days from the current deadline of April 29, 2019, up to and including July 29, 2019, and that the other remaining discovery dates also be extended as outlined in accordance with the table above.

Dated this 13th day of February, 2019.

THE GALLIHER LAW FIRM

By: _/s/ Jeffrey L. Galliher_
    Keith E. Galliher, Jr., Esq.
    Nevada Bar No.220
    Jeffrey L. Galliher, Esq.
    Nevada Bar No. 8078
    1850 E. Sahara Avenue, Suite 107
    Las Vegas, Nevada 89104
    *Attorneys for Plaintiff*

Dated this 13th day of February, 2019.

LEWIS BRISBOIS BISGAARD & SMITH

By: _/s/ John M. Orr_
    S. Brent Vogel, Esq.
    Nevada Bar No. 6858
    John M. Orr, Esq.
    Nevada Bar No. 14251
    6385 S. Rainbow Blvd., Suite 600
    Las Vegas, Nevada 89118
    *Attorneys for Defendant*
    *Correct Care Solutions, LLC*

Dated this 13th day of February, 2019.

LAS VEGAS CITY OF ATTORNEY'S OFFICE

By: _/s/ John A. Curtis_
    Bradford R. Jerbic, Esq.
    Nevada Bar No. 1056
    John A. Curtis, Esq.
    Nevada Bar No. 1841
    495 South Main Street, Sixth Floor
    Las Vegas, Nevada 89101
    *Attorneys for Defendant City of Las Vegas*
    *and Michele Freeman*

## **ORDER**

IT IS SO ORDERED.

Dated this 14th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4844-0923-2520.1

5