DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 W. Charleston Boulevard
Suite 560
Las Vegas, NV 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; CORRECTIONAL HEALTHCARE COMPANIES, INC., a foreign corporation; CORRECT CARE SOLUTIONS, LLC, a foreign limited liability company; MICHELLE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas; CORRECTION OFFICER DOE 1-10; HEALTHCARE WORKER DOES 11-20; DOES 21-99; inclusive; ROE CORPORATIONS 100-199, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01911-APG-GWF<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Dennis M. Prince, Esq. of the PRINCE LAW GROUP, hereby appears in this matter on behalf of Plaintiff, ROSEN MARIANO, and

Will represent said Plaintiff in conjunction with the GALLIHER LAW FIRM.

DATED this 8th day of June, 2020.

**PRINCE LAW GROUP**

/s/ *Dennis M. Prince*

DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
10801 W. Charleston Boulevard
Suite 560
Las Vegas, NV 89135
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

Pursuant to LR 5-1 and FRCP 5(b), I hereby certify that I am an employee of **PRINCE LAW GROUP** and that on the 8th day of June, 2020, I electronically filed the foregoing document entitled **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which sent a notice of electronic filing to the following:

Keith Galliher, Esq.
The Galliher Law Firm
1850 E. Sahara Ave., Suite 107
Las Vegas, NV 89104
Attorneys for Plaintiff

S. Brent Vogel, Esq.
John M. Orr, Esq.
Lewis, Brisbois, Bisgaard & Smith
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Attorneys for Defendant
*Correct Care Solutions, LLC*

Bradford R. Jerbic, Esq.
John A. Curtis, Esq.
Las Vegas City Attorney's Office
495 S. Main Street, 6th Floor
Las Vegas, NV 89101
Attorneys for Defendants
*City of Las Vegas and*
*Michelle Freeman*

/s/ Amy Ebinger
An Employee of Prince Law Group



DPLG
PRINCE LAW GROUP
10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135