THE GALLIHER LAW FIRM
Keith E. Galliher, Jr., Esq.
Nevada Bar No. 220
George J. Kunz, Esq.
Nevada Bar No. 12245
Kathleen H. Gallagher, Esq.
Nevada Bar Number 15043
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com
gkunz@lvlawguy.com
kgallagher@galliherlawfirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEN MARIANO, An Individual,<br><br>                Plaintiff,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, CORRECTIONAL HEALTHCARE COMPANIES, INC, A Foreign Corporation, CORRECT CARE SOLUTIONS LLC, A Foreign Limited Liability Company, MICHELE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, CORRECTIONS OFFICER DOE 1- 10, HEALTH CARE WORKER DOES 11-20, DOES 21-99 inclusive, ROE CORPORATIONS 100-199, inclusive,<br><br>                Defendants. | CASE NO.: 2:18-cv-01911-APG-GWF<br><br>**STIPULATION TO EXTEND DATE TO FILE A RESPONSE (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between KATHLEEN H. GALLAGHER, ESQ., of THE GALLIHER LAW FIRM, Attorneys for Plaintiff ROSEN MARIANO, and JOHN M. ORR, ESQ. of LEWIS BRISBOIS BISGAARD & SMITH, LLP., Attorneys for Defendant CORRECT CARE SOLUTIONS, and JOHN A. CURTISS of LAS VEGAS CITY ATTORNEY'S OFFICE, Attorneys for Defendant City of Las Vegas that the deadline for Plaintiff to

1

*THE GALLIHER LAW FIRM*
*1850 E. Sahara Avenue, Suite 107*
*Las Vegas, Nevada 89104*
*702-735-0049 Fax: 702-735-0204*

file a response to Defendant Correct Care Solutions, LLC's Motion for Summary Judgment and Alternative Motion for Partial Summary Judgment [ECF No. 51] is extended from November 19, 2020 to November 23, 2020.

Dated this 16th day of November, 2020.

THE GALLIHER LAW FIRM

By: _Katrina Galligan_
Keith E. Galliher, Jr., Esq.
Nevada Bar No.220
Kathleen H. Gallagher, Esq.
Nevada Bar No. 15043
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

Dated this 16th day of November, 2020.

LEWIS BRISBOIS BISGAARD & SMITH

By: */s/ John M. Orr*
S. Brent Vogel, Esq.
Nevada Bar No. 6858
John M. Orr, Esq.
Nevada Bar No. 14251
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Correct Care Solutions, LLC*

Dated this 16th day of November, 2020.

LAS VEGAS CITY OF ATTORNEY'S OFFICE

By: */s/ John A. Curtas*
Bradford R. Jerbic, Esq.
Nevada Bar No. 1056
John A. Curtas, Esq.
Nevada Bar No. 1841
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant City of Las Vegas*
*and Michele Freeman*

**O R D E R**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   November 16, 2020

THE GALLIHER LAW FIRM
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
702-735-0049 Fax: 702-735-0204