S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
JOHN M. ORR
Nevada Bar No. 14251
John.Orr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel.: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
*Correct Care Solutions, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, An individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, CORRECTIONAL HEALTHCARE COMPANIES, INC., A Foreign Corporation, CORRECT CARE SOLUTIONS LLC, A Foreign Limited Liability Company, MICHELLE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, CORRECTION OFFICER DOE 1-10, HEALTCH CARE WORKER DOES 11-20, DOES 21-99 inclusive, ROE CORPORATIONS 100-199, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01911-APG-GWF<br><br>**STIPULATION TO CONTINUE DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DOC 51 and Doc 55]** |

The parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Defendant to file their respective Reply to Plaintiff's Oppositions to Defendant's Motions for Summary Judgment (Doc 51 and Doc 55) in the above captioned case, up to and including January 11, 2021.

This request for an extension of time is not sought for any improper purpose or other purpose of delay.

4819-1948-0019.1

Wherefore, the parties respectfully request that this Court extend the time for Defendant to file its Reply to Plaintiff's Oppositions to Defendant's Motion for Summary Judgment (Doc 51 and Doc 55), up to and including January 11, 2021.

DATED: December _____, 2020                    DATED: December _____, 2020

THE GALLIHER LAW FIRM                          LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Keith E. Galliher, Jr.*                   /s/ *John M. Orr*
KEITH E. GALLIHER, JR., ESQ.                   S. BRENT VOGEL
Nevada Bar No.220                              Nevada Bar No. 6858
1850 E. Sahara Avenue, Suite 107               JOHN M. ORR
Las Vegas, Nevada 89104                        Nevada Bar No. 14251
*Attorneys for Plaintiffs*                     6385 S. Rainbow Boulevard, Suite 600
                                               Las Vegas, Nevada 89118
                                               Attorneys for Correct Care Solutions, LLC

DATED: December _____, 2020

/s/ *John A. Curtas*
BRADFORD R. JERBIC, ESQ.
Nevada Bar No. 1056
JOHN A. CURTAS
Nevada Bar No. 1841
495 S. Main Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for City of Las Vegas and Michele Freeman*

**IT IS SO ORDERED**

DATED: __December 2_____, 2020

_____
UNITED STATES DISTRICT JUDGE

**Rokni, Roya**

| | |
|---|---|
| **From:** | John A. Curtas <jacurtas@LasVegasNevada.GOV> |
| **Sent:** | Wednesday, December 2, 2020 9:53 AM |
| **To:** | Orr, John; Keith Galliher; Kathleen Gallagher |
| **Cc:** | Cindy Kelly; Rokni, Roya |
| **Subject:** | [EXT] RE: CCS adv Mariano__Stip to Extend Deadline for Reply |

External Email

Fine with me.

## John A. Curtas
Deputy City Attorney
City Attorney's Office | Civil Division
**702-229-2125 (direct)** | **702-528-7454 (cell)**
495 South Main Street, Sixth Floor | Las Vegas, NV 89101




lasvegasnevada.gov
  

**From:** Orr, John <John.Orr@lewisbrisbois.com>
**Sent:** Wednesday, December 02, 2020 9:25 AM
**To:** Keith Galliher <KGalliher@galliherlawfirm.com>; Kathleen Gallagher <KGallagher@galliherlawfirm.com>; John A. Curtas <jacurtas@LasVegasNevada.GOV>
**Cc:** Cindy Kelly <CKelly@LasVegasNevada.GOV>; Rokni, Roya <Roya.Rokni@lewisbrisbois.com>
**Subject:** CCS adv Mariano__Stip to Extend Deadline for Reply

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Good morning everyone

Please review the attached stip and confirm that I may affix your esignature and file. Let me know if you have proposed changes. Thank you.



**John M. Orr**
Attorney
John.Orr@lewisbrisbois.com

T: 702.693.4352  F: 702.893.3789

1

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

# Rokni, Roya

| | |
|---|---|
| **From:** | Orr, John |
| **Sent:** | Wednesday, December 2, 2020 1:01 PM |
| **To:** | Rokni, Roya |
| **Subject:** | FW: CCS adv Mariano__Stip to Extend Deadline for Reply |

**John M. Orr**
**Attorney**
Las Vegas Rainbow
702.693.4352 or x7024352

**From:** Keith Galliher <KGalliher@galliherlawfirm.com>
**Sent:** Wednesday, December 2, 2020 9:29 AM
**To:** Orr, John <John.Orr@lewisbrisbois.com>
**Cc:** Kathleen Gallagher <KGallagher@galliherlawfirm.com>
**Subject:** [EXT] RE: CCS adv Mariano__Stip to Extend Deadline for Reply



Hi John: It looks fine. You may esign for me.

**From:** Orr, John <John.Orr@lewisbrisbois.com>
**Sent:** Wednesday, December 2, 2020 9:25 AM
**To:** Keith Galliher <KGalliher@galliherlawfirm.com>; Kathleen Gallagher <KGallagher@galliherlawfirm.com>; 'John A. Curtas' <jacurtas@LasVegasNevada.GOV>
**Cc:** Cindy Kelly <CKelly@LasVegasNevada.GOV>; Rokni, Roya <Roya.Rokni@lewisbrisbois.com>
**Subject:** CCS adv Mariano__Stip to Extend Deadline for Reply

Good morning everyone

Please review the attached stip and confirm that I may affix your esignature and file. Let me know if you have proposed changes. Thank you.



**John M. Orr**
**Attorney**
John.Orr@lewisbrisbois.com

**T: 702.693.4352  F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the

intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.