DENNIS M. PRINCE
Nevada Bar No. 5092
ANDREW R. BROWN
Nevada Bar No. 15875
**PRINCE LAW GROUP**
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89135
T: 702-534-7600
F: 702-534-7601
E-Mail: eservice@thedplg.com
-and-
KEITH E. GALLIHER, JR
Nevada Bar No. 220
**THE GALLIHER LAW FIRM**
1850 E. Sahara Avenue, Suite 107
Las Vegas, NV 89104
T: 702-735-0049
F: 702-735-0204
E-Mail: kgalliher@galliherlawfirm.com
*Attorneys for Plaintiff Rosen Mariano*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, an individual, | CASE NO.: 2:18-CV-01911-APG-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY DEADLINES** |
| THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; CORRECTIONAL HEALTHCARE COMPANIES, INC., a foreign corporation; CORRECT CARE SOLUTIONS, LLC, a foreign limited liability company; MICHELE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas; CORRECTION OFFICER DOE 1-10; HEALTHCARE WORKER DOES 11-20; DOES 21-99; inclusive; ROE CORPORATIONS 100-199, inclusive, | **(First Request to Stay Discovery Deadlines)** |
| Defendants. | |



Page 1 of 11

Case 2:18-cv-01911-APG-EJY   Document 83   Filed 06/01/22   Page 2 of 10

Rosen Mariano v. Correct Care Solutions, LLC, et al.
Case No. 2:18-CV-01911-APG-EJY
Stipulation and Order to Stay Discovery Deadlines

1  **STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY**
2  **DEADLINES**
3  **(First Request to Stay Discovery Deadlines)**

4 IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ROSEN MARIANO, by and through his counsel of record, Dennis M. Prince and Andrew R. Brown of PRINCE LAW GROUP and Keith E. Galliher of THE GALLIHER LAW FIRM, Defendant CORRECT CARE SOLUTIONS, LLC, by and through its counsel of record, S. Brent Vogel and Melanie L. Thomas of LEWIS BRISBOIS BISGAARD & SMITH, and Defendants CITY OF LAS VEGAS and MICHELE FREEMAN, by and through their counsel of record, Bradford R. Jerbic and John A. Curtas of LAS VEGAS CITY ATTORNEY'S OFFICE, to, pending this Court's approval, stay the discovery deadlines in the current Discovery Plan and Scheduling Order. The parties hereby submit this Stipulation in good faith and in accordance with LR IA 6-1 and LR 7-1. Moreover, pursuant to LR 26-3, good cause supports the parties' request to stay the discovery deadlines as set forth below. This is the parties' first request to stay discovery deadlines.

**A.   Discovery Completed by the Parties**

1. On November 9, 2018, Plaintiff filed his First Amended Complaint in the Unites States District Court, Clark County, Nevada.
2. On November 26, 2018, Defendants City of Las Vegas and Michele Freeman filed their Answer to Plaintiff's First Amended Complaint.
3. On January 8, 2019, Defendant Correct Care Solutions, LLC filed its Answer to Plaintiff's First Amended Complaint.
4. On January 10, 2019, Plaintiff served his Initial Disclosure Statement and Witness List Pursuant to FRCP 26.
5. On March 10, 2019, Plaintiff served his Third Supplement to the Designation of Expert Witnesses.



Rosen Mariano v. Correct Care Solutions, LLC, et al.
Case No. 2:18-CV-01911-APG-EJY
Stipulation and Order to Stay Discovery Deadlines

6. On March 17, 2019, Plaintiff served his Fourth Supplement to the Designation of Expert Witnesses.

7. On April 8, 2019, Plaintiff served his Responses to Defendant Correct Care Solutions, LLC's Request for Production of Documents.

8. On April 8, 2019, Plaintiff served his Answers to Defendant Correct Care Solutions, LLC's Interrogatories.

9. On May 9, 2019, Defendant Correct Care Solutions, LLC took the deposition of Plaintiff.

10. On May 24, 2019, Plaintiff served his First Supplemental Disclosure Statement and Witness List Pursuant to FRCP 26.

11. On October 1, 2019, Plaintiff served his Second Supplemental Disclosure Statement and Witness List Pursuant to FRCP 26.

12. On November 19, 2019, Plaintiff served his Third Supplemental Disclosure Statement and Witness List Pursuant to FRCP 26.

13. On November 27, 2019, Defendant Correct Care Solutions, LLC served its Initial Expert Disclosure.

14. On November 27, 2019, Plaintiff served his Initial Designation Of Expert Witnesses.

15. On December 17, 2019, Plaintiff served his Fourth Supplemental Disclosure Statement and Witness List Pursuant to FRCP 26.

16. On December 30, 2019, Plaintiff served his Fifth Supplemental Disclosure Statement and Witness List Pursuant to FRCP 26.

17. On January 2, 2020, Plaintiff served his First Supplement to the Designation of Expert Witnesses.

18. On January 8, 2020, Plaintiff served his Second Supplement to the Designation of Expert Witnesses.

Case 2:18-cv-01911-APG-EJY   Document 83   Filed 06/01/22   Page 4 of 10

Rosen Mariano v. Correct Care Solutions, LLC, et al.
Case No. 2:18-CV-01911-APG-EJY
Stipulation and Order to Stay Discovery Deadlines

19. On January 8, 2020, Plaintiff served his Sixth Supplemental Disclosure Statement and Witness List Pursuant to FRCP 26.

20. On February 4, 2020, Plaintiff served his Seventh Supplemental Disclosure Statement and Witness List Pursuant to FRCP 26.

21. On February 6, 2020, Defendant Correct Care Solutions, LLC served its First Supplemental Rebuttal Expert Disclosure.

22. On March 7, 2020, Plaintiff served his Third Supplement to the Designation of Expert Witnesses.

23. On March 17, 2020, Plaintiff served his Eighth Supplemental Disclosure Statement and Witness List Pursuant to FRCP 26.

24. On March 17, 2020, Plaintiff served his Fourth Supplement to the Designation of Expert Witnesses.

25. On August 25, 2020, Plaintiff served his Tenth Supplemental Disclosure Statement and Witness List Pursuant to FRCP 26.

26. On December 17, 2021, Plaintiff served Plaintiff's First Set of Requests for Production of Documents to Defendant Correct Care Solutions, LLC. Defendant Correct Care Solutions, LLC served its responses to these requests on January 18, 2022. However, Defendant Correct Care Solutions, LLC did not respond to Plaintiff's Requests for Production numbers 7 – 13. On March 30, 2022, Defendant Correct Care Solutions, LLC served its Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents, which included responses to Plaintiff's request numbers 7 – 12. On April 8, 2022, Defendant Correct Care Solutions, LLC served its Second Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents. To date, Defendant Correct Care Solutions, LLC has not responded to Plaintiff's Request for

Case 2:18-cv-01911-APG-EJY   Document 83   Filed 06/01/22   Page 5 of 10

Rosen Mariano v. Correct Care Solutions, LLC, et al.
Case No. 2:18-CV-01911-APG-EJY
Stipulation and Order to Stay Discovery Deadlines

Production number 13, but has agreed to do so, representing the earlier failure was inadvertent and was the result of a mistake versus intentional.

27. Plaintiff completed the deposition of the FRCP 30(b)(6) designee for Defendant Correct Care Solutions, LLC (Brady Cornelius on March 2, 2022.

B. **Discovery to be Completed by the Parties**

1. Plaintiff will notice the deposition of the Person Most Knowledgeable regarding policies and procedures.
2. The parties will depose their respective expert witnesses.
3. Plaintiff will notice the depositions of Defendants.
4. The parties will disclose rebuttal expert designations.
5. Plaintiff would like to disclose an expert on the issue of Defendants' policies and procedures and the adequacy of Defendants' policies and procedures.

The parties anticipate that they may need to conduct other forms of discovery not specifically delineated herein on an as-needed basis. Therefore, the list outlined above is in no way intended to be a comprehensive list of the outstanding discovery that remains to be completed.

C. **Reasons Why Remaining Discovery Was Not Completed Within the Time Limits Set Forth By the Discovery Plan**

This Request to stay discovery deadlines is not sought for any improper purpose or other purpose of delay. This request for the stay is based upon the following:

Pursuant to the Order (1) Granting in Part Motion for Summary Judgment and (2) Reopening Discovery dated August 20, 2021, the court re-opened discovery, regarding Defendants applicable policies and procedures. On September 17, 2021, the parties submitted a First Amended Discovery Plan and Scheduling Order [71], which was signed

Case 2:18-cv-01911-APG-EJY   Document 83   Filed 06/01/22   Page 6 of 10

Rosen Mariano v. Correct Care Solutions, LLC, et al.
Case No. 2:18-CV-01911-APG-EJY
Stipulation and Order to Stay Discovery Deadlines

1   by Magistrate Judge Elayna Youchah. However, pursuant to the Minute Order in
2   Chambers [73], dated September 27, 2021, the Court set a telephonic hearing to discuss
3   pending discovery issues. On October 1, 2021, a hearing was held before the Magistrate
4   concerning the Amended Proposed Discovery Plan [71]. Pursuant to the Minutes of
5   Proceedings [74], the Court extended the discovery deadlines as set forth below. On
6   October 8, 2021, counsel for Defendant Correct Care Solutions produced the applicable
7   policies and procedures to Plaintiff's counsel via e-mail. Those policies and procedures
8   were then formally supplemented on January 18, 2022, in Defendant Correct Care
9   Solutions' seventh supplement to FRCP 26(a)(1)(c) disclosure, as "Correct Care
10  Solutions' 2016 Adult Jail Policy Set, Bates Nos. CCS-2016Policy 00001-00367,
11  CONFIDENTIAL-ATTORNEY'S EYES ONLY."

12  On November 1, 2021, a hearing was held before Magistrate Judge Youchah.
13  During that hearing, Wellpath (aka Correct Care Solutions) was ordered to produce all
14  policies and procedures within seven (7) days (November 8, 2021).

15  On December 14, 2021, Dennis M. Prince, Esq., attorney for Plaintiff, attempted
16  to contact John M. Orr, Esq., counsel for Defendant Correct Care Solutions, to follow up
17  regarding Plaintiff's receipt of the applicable policies and procedures. Mr. Prince was
18  informed that Mr. Orr had left the firm of Lewis Brisbois Bisgaard & Smith. In response
19  to Mr. Prince's inquiry, Brent Vogel, Esq. of Lewis Brisbois Bisgaard & Smith advised
20  he was requesting the applicable policies and procedures. In its seventh supplement to
21  FRCP 26(a)(1)(c) disclosure, served on January 18, 2022, Defendant Correct Care
22  Solutions, LLC produced a document entitled "Correct Care Solutions' 2016 Adult Jail
23  Policy Set, Bates Nos. CCs-2016Policy 00001-00367, CONFIDENTIAL-ATTORNEY'S
24  EYES ONLY."

25  However, in its original responses to Plaintiff's First Set of Requests for
26  Production of Documents, Defendant Correct Care Solutions, LLC did not respond to
27  Plaintiff's request for production numbers 7 – 13. These requests sought, *inter alia*, the
28

Case 2:18-cv-01911-APG-EJY   Document 83   Filed 06/01/22   Page 7 of 10

Rosen Mariano v. Correct Care Solutions, LLC, et al.
Case No. 2:18-CV-01911-APG-EJY
Stipulation and Order to Stay Discovery Deadlines

1   various policies and procedures that Defendant Correct Care Solutions, LLC had in effect
2   in October 2016. On March 30, 2022, and April 8, 2022, Defendant Correct Care
3   Solutions, LLC served supplemental responses to Plaintiff's First Set of Requests for
4   Production of Documents. In its eighth supplement to FRCP 26(a)(1)(c) disclosure, served
5   on April 8, 2022, Defendant Correct Care Solutions, LLC produced the following
6   documents: (1) "CS 2016-2019 Policies and Procedures, Bates Nos. MARIANO – CCS
7   2016-2019 POLICIES 00001-000369;" (2) "Correct Care Solutions 2014 Policies and
8   Procedures, Bates Nos. MARIANO CCS 2014 POLICIES 000001-000228;" and (3) the
9   "complete transcript of training history" for multiple named employees. To date,
10  Defendant Correct Care Solutions, LLC has not responded to Plaintiff's request for
11  production number 13, which seeks all policies and procedures regarding "referral of a
12  patient from a correctional facility to a hospital including emergency room in effect in
13  October 2016." Counsel for Correct Care Solutions, LLC has agreed to serve this
14  remaining response and has represented that it will be a reference back to the same
15  responsive policies and procedures produced to counsel back on October 8, 2021.

16        On May 25, 2022, Andrew R. Brown, Esq., attorney for Plaintiff, had a telephonic
17  conference with Melanie L. Thomas, Esq., attorney for Defendant Correct Care
18  Solutions, LLC, regarding a potential stipulation to reopen the initial expert disclosure
19  deadline. During the call, Mr. Brown explained that Plaintiff's position is he was
20  prejudiced by Defendant Correct Care Solutions, LLC's untimely disclosure of the
21  requested policies and procedures, as well as the requested employee training histories.
22  The initial expert disclosure deadline closed on February 28, 2022. On December 17,
23  2021, Plaintiff served his First Set of Requests for Production of Documents. Defendant
24  Correct Care Solutions, LLC did not serve its supplemental responses to these requests
25  until March 30, 2022 and April 8, 2022, respectively. In this regard, Plaintiff's position
26  is that Defendant Correct Care Solutions, LLC's untimely responses to Plaintiff's written
27  discovery, and disclosure of additional policies and procedures after the initial expert
28

Case 2:18-cv-01911-APG-EJY   Document 83   Filed 06/01/22   Page 8 of 10

Rosen Mariano v. Correct Care Solutions, LLC, et al.
Case No. 2:18-CV-01911-APG-EJY
Stipulation and Order to Stay Discovery Deadlines

1  disclosure deadline passed, prevented Plaintiff from retaining an expert opine on these
2  issues. Defendant Correct Care Solutions, LLC disagrees with this position given its
3  October 8, 2021 disclosure of the policies and procedures it claims were in effect at the
4  time of the subject incident. It is also Plaintiff's position that the untimely disclosure of
5  this information prevented Plaintiff from asking questions regarding these policies
6  during the deposition of Defendant Correct Care Solutions, LLC's FRCP 30(b)(6)
7  designee on March 2, 2022. Moreover, to date, Defendant Correct Care Solutions, LLC
8  has not responded to Plaintiff's request for production number 13, which seeks policies
9  and procedures in effect at the time of the subject incident. It is Plaintiff's position that
10 a short, two-month, extension of the initial expert disclosure deadline would mitigate the
11 harm he suffered in this regard.

12 During the May 25, 2022 telephonic conference, Ms. Thomas stated that
13 Defendant Correct Care Solutions, LLC will not stipulate to reopen the initial expert
14 disclosure deadline. Ms. Thomas stated it is Defendant Correct Care Solutions, LLC's
15 position that the policies and procedures in effect at the time of the subject incident had
16 already been disclosed, and that the newly produced policies and procedures are those
17 that were in effect before and after the subject incident. Ms. Thomas also stated that
18 Defendant Correct Care Solutions, LLC would not stipulate to reopen initial expert
19 disclosures to permit Plaintiff's expert to opine on what she characterized as subsequent
20 remedial measures. As such, the parties did not reach an agreement regarding the
21 reopening of initial expert disclosure deadline.

22 After being unable to reach an agreement, Mr. Brown informed Ms. Thomas that
23 Plaintiff intends to file a motion seeking to reopen the initial expert disclosure deadline.
24 As such, the parties agreed to stay all discovery deadlines pending resolution of
25 Plaintiff's forthcoming motion. Staying the discovery deadlines pending resolution of this
26 issue will ensure the parties will not be harmed, or rushed, while the issue regarding the
27 initial expert disclosure deadline is being resolved. Furthermore, staying the current
28

Case 2:18-cv-01911-APG-EJY   Document 83   Filed 06/01/22   Page 9 of 10

Rosen Mariano v. Correct Care Solutions, LLC, et al.
Case No. 2:18-CV-01911-APG-EJY
Stipulation and Order to Stay Discovery Deadlines

1 discovery deadlines will prevent the parties from potentially filing additional 2 stipulations to extend discovery pending resolution of the initial expert disclosure issue. 3 Plaintiff will file the subject motion within fourteen (14) days after the entry of the 4 Court's order. The parties are entering this stipulation because while they were unable 5 to reach an agreement on the underlying dispute, and they recognize each side has 6 important arguments supporting their position, such that maintaining the status quo 7 pending the Court's ruling on this dispute, would best preserve and limit the potential 8 resultant prejudice of proceeding in the absence of the Court's ruling on this issue.

9       This Request for an extension of time is not sought for any improper purpose or 10 other purpose of delay.  Rather, it is sought by the parties solely for the purpose of 11 allowing sufficient time to allow briefing on the current dispute and for the Court's 12 intervention such that the necessary remaining discovery can be streamlined, 13 parameters for experts established with finality, and the opportunity to adequately 14 prepare their respective cases for trial.  This is the first request to stay discovery 15 deadlines in this matter.  The parties respectfully submit that the reasons set forth above 16 constitute compelling reasons and good cause for the short extension.

17 …
18 …
19 …
20 …
21 …
22 …
23 …
24 …
25 …
26 …
27 …
28



<u>Rosen Mariano v. Correct Care Solutions, LLC, et al.</u>
Case No. 2:18-CV-01911-APG-EJY
Stipulation and Order to Stay Discovery Deadlines

1. WHEREFORE, the parties respectfully respect that this Court stay all discovery deadlines.

DATED this <u>31st</u> day of May, 2022.

**PRINCE LAW GROUP**

<u>/s/ Andrew R. Brown</u>
DENNIS M. PRINCE
Nevada Bar No. 5092
ANDREW R. BROWN
Nevada Bar No. 15875
10801 W. Charleston Blvd., Suite 560
Las Vegas, Nevada 89135
Attorneys for Plaintiff

DATED this <u>31st</u> day of May, 2022.

**LEWIS BRISBOIS BISGAARD & SMITH**

<u>/s/Melanie L. Thomas</u>
S. BRENT VOGEL
Nevada Bar No. 6858
MELANIE L. THOMAS
Nevada Bar No. 12576
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 891118
Attorneys for Defendant
*Correct Care Solutions, LLC*

DATED this <u>31st</u> day of May, 2022.

**LAS VEGAS CITY ATTORNEY'S OFFICE**

<u>/s/ John A. Curtis</u>
BRADFORD R. JERBIC
Nevada Bar No. 1056
JOHN A. CURTIS
Nevada Bar No. 1841
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
Attorneys for Defendants
*City of Las Vegas and Michelle Freeman*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: June 1, 2022**

