S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
BRIGETTE E. FOLEY
Nevada Bar No. 12965
Brigette.Foley@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel.: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
*Correct Care Solutions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROSEN MARIANO, An individual,

Plaintiff,

vs.

THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, CORRECTIONAL HEALTHCARE COMPANIES, INC., A Foreign Corporation, CORRECT CARE SOLUTIONS LLC, A Foreign Limited Liability Company, MICHELLE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, CORRECTION OFFICER DOE 1-10, HEALTCH CARE WORKER DOES 11-20, DOES 21-99 inclusive, ROE CORPORATIONS 100-199, inclusive,

Defendants.

Case No. 2:18-cv-01911-APG-EJY

**NOTICE OF APPEARANCE OF BRIGETTE E. FOLEY**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Notice is hereby given to the Court and all interested parties that Brigette E. Foley, Esq., of Lewis Brisbois Bisgaard Thomas LLP, is appearing for Defendant Correct Care Solutions, LLC.

DATED this 25th day of December, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Melanie L. Thomas

S. BRENT VOGEL
Nevada Bar No. 006858
MELANIE L. THOMAS
Nevada Bar No. 12675
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant*
*Correct Care Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2022, I served the foregoing **NOTICE OF APPEARANCE OF BRIGETTE E. FOLEY** to the following recipients, by e-mail and U.S. Mail (to follow).

*Attorneys For Plaintiff*

DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
PRINCE LAW GROUP
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89135
T: 702-534-7600
F: 702-534-7601
E-Mail: eservice@thedplg.com

*Attorneys For Plaintiff*

KEITH E. GALLIHER, JR
Nevada Bar No. 220
GEORGE J. KUNZ
Nevada Bar No 12245
KATHLEEN H. GALLAGHER
Nevada Bar No. 15043
**THE GALLIHER LAW FIRM**
1850 E. Sahara Avenue, Suite 107
Las Vegas, NV 89104
T: 702-735-0049
F: 702-735-0204
E-Mail: kgalliher@galliherlawfirm.com
E-Mail: gkunz@lvlawguy.com
E-Mail: kgallagher@galliherlawfirm.com

*Attorneys for Defendants City of Las Vegas and Michelle Freeman*

BRADFORD R. JERBIC
Nevada Bar No. 1056
JOHN A. CURTAS
Nevada Bar No. 1841
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
Email : jacurtas@lasvegasnevada.gov

**/s/ Heidi Brown**
An employee of
Lewis Brisbois Bisgaard & Smith LLP

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW