1  DENNIS M. PRINCE
   Nevada Bar No. 5092
2  ANDREW R. BROWN
   Nevada Bar No. 15875
3  **PRINCE LAW GROUP**
   10801 W. Charleston Blvd., Suite 560
4  Las Vegas, NV 89135
   T: 702-534-7600
5  F: 702-534-7601
   E-Mail: eservice@thedplg.com
6  -and-
7  KEITH E. GALLIHER, JR
   Nevada Bar No. 220
8  **THE GALLIHER LAW FIRM**
   1850 E. Sahara Avenue, Suite 107
9  Las Vegas, NV 89104
   T: 702-735-0049
10 F: 702-735-0204
   E-Mail: kgalliher@galliherlawfirm.com
11 *Attorneys for Plaintiff Rosen Mariano*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; CORRECTIONAL HEALTHCARE COMPANIES, INC., a foreign corporation; CORRECT CARE SOLUTIONS, LLC, a foreign limited liability company; MICHELE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas; CORRECTION OFFICER DOE 1-10; HEALTHCARE WORKER DOES 11-20; DOES 21-99; inclusive; ROE CORPORATIONS 100-199, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:18-CV-01911-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF ROSEN MARIANO'S RESPONSE TO DEFENDANT CORRECT CARE SOLUTIONS, LLC'S RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, between the Parties, by and through their respective counsel of record, that the deadline for Plaintiff Rosen Mariano to file his response to Defendant Correct Care Solutions, LLC's Renewed Motion for Summary Judgment (ECF No. 92) will



be extended ten (10) days from February 10, 2023 to February 20, 2023. The Motion was filed on January 20, 2023. Defendant Correct Care Solutions, LLC's reply in support of the Motion will also be extended ten (10) days from February 24, 2023 to March 6, 2023. This is the Parties' first request to extend time. This Stipulation and [Proposed] Order is submitted in accordance LR IA 6-1.

The Parties respectfully request this brief extension of time to accommodate Plaintiff's counsel. Specifically, Mr. Prince and Mr. Brown have multiple depositions and pleading deadlines arising before the original deadline to file Plaintiff's response to the Motion. The requested extension of time will allow Plaintiff to comprehensively address the issues raised in the Motion. The Parties' requested extension is not made in bad faith or to unnecessarily delay these proceedings. Therefore, the Parties respectfully request the Court approve the foregoing stipulation.

DATED this 7th day of February, 2023.    DATED this 7th day of February, 2023.

**PRINCE LAW GROUP**    **LEWIS BRISBOIS BISGAARD & SMITH**

*/s/ Andrew R. Brown*    */s/ Brigette E. Foley*
DENNIS M. PRINCE    S. BRENT VOGEL
Nevada Bar No. 5092    Nevada Bar No. 6858
ANDREW R. BROWN    BRIGETTE E. FOLEY
Nevada Bar No. 15875    Nevada Bar No. 12965
10801 W. Charleston Blvd., Suite 560    6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89135    Las Vegas, Nevada 891118
Attorneys for Plaintiff    Attorneys for Defendant
*Rosen Mariano*    *Correct Care Solutions, LLC*

DATED this 7th day of February, 2023.

**LAS VEGAS CITY ATTORNEY'S OFFICE**

*/s/ John A. Curtis*
BRADFORD R. JERBIC
Nevada Bar No. 1056
JOHN A. CURTIS
Nevada Bar No. 1841
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
Attorneys for Defendants
*City of Las Vegas and Michelle Freeman*



<u>Rosen Mariano v. Correct Care Solutions, LLC, et al.</u>
Case No. 2:18-cv-01911-APG-EJY
Stipulation and [Proposed] Order to Extend Deadlines

# ORDER

    IT IS SO ORDERED.

DATED: February 8, 2023

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

DATED this <u>7th</u> day of February, 2023.

**PRINCE LAW GROUP**

_/s/ Andrew R. Brown_
DENNIS M. PRINCE
Nevada Bar No. 5092
ANDREW R. BROWN
Nevada Bar No. 15875
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89135
-and-
KEITH E. GALLIHER, JR
Nevada Bar No. 220
**THE GALLIHER LAW FIRM**
1850 E. Sahara Avenue, Suite 107
Las Vegas, NV 89104
Attorneys for Plaintiff
_Rosen Mariano_

