S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
BRIGETTE E. FOLEY
Nevada Bar No. 12965
Brigette.Foley@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel.: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
*Correct Care Solutions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, An individual, <br><br>                Plaintiff,<br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, CORRECTIONAL HEALTHCARE COMPANIES, INC., A Foreign Corporation, CORRECT CARE SOLUTIONS LLC, A Foreign Limited Liability Company, MICHELLE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, CORRECTION OFFICER DOE 1-10, HEALTCH CARE WORKER DOES 11-20, DOES 21-99 inclusive, ROE CORPORATIONS 100-199, inclusive,<br><br>                Defendants. | Case No. 2:18-cv-01911-APG-EJY<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT CORRECT CARE SOLUTIONS, LLC TO FILE REPLY IN S UPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT<br>[ECF NO. 92]<br><br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, between the Parties, by and through their respective counsel of record, that the deadline for Defendant Correct Care Solutions, LLC to file its Reply Brief in Support of Defendant Correct Care Solutions, LLC's Renewed Motion for Summary Judgment (ECF No. 92) will be extended four (4) days from March 07, 2023 to March 10, 2023.

91324693.1

The Motion was filed on January 20, 2023. Plaintiff filed his Response to the Motion on February 21, 2023 (ECF. No. 100). This is the Parties' first request to extend time. This Stipulation and [Proposed] Order is submitted in accordance LR IA 6-1.

The Parties respectfully request this brief extension of time because counsel for the Defendant had a family emergency to attend to and expects to be out of the office most of the week. The Parties' requested extension is not made in bad faith or to unnecessarily delay these proceedings. Therefore, the Parties respectfully request the Court approve the foregoing stipulation.

LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED this 7th day of March, 2023.                  DATED this 7th day of March, 2023.

**PRINCE LAW GROUP**                                **LEWIS BRISBOIS BISGAARD & SMITH**

/s/ Andrew R. Brown                                 /s/    Melanie L. Thomas #12576 for
DENNIS M. PRINCE                                    S. BRENT VOGEL
Nevada Bar No. 5092                                 Nevada Bar No. 6858
ANDREW R. BROWN                                     BRIGETTE E. FOLEY
Nevada Bar No. 15875                                Nevada Bar No. 12965
10801 W. Charleston Blvd., Suite 560                6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89135                             Las Vegas, Nevada 891118
*Attorneys for Plaintiff*                           *Attorneys for Defendant*
*Rosen Mariano*                                     *Correct Care Solutions, LLC*

DATED this 7th day of March, 2023.

**LAS VEGAS CITY ATTORNEY'S OFFICE**

/s/ John A. Curtas
BRADFORD R. JERBIC
Nevada Bar No. 1056
JOHN A. CURTAS
Nevada Bar No. 1841
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants*
*City of Las Vegas and Michelle Freeman*

Rosen Mariano v. Correct Care Solutions, LLC, et al.
Case No. 2:18-cv-01911-APG-EJY
Stipulation and [Proposed] Order to Extend Deadlines

## ORDER

**IT IS SO ORDERED.**

DATED: March 8, 2023

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

DATED this 7th day of March, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/   Melanie L. Thomas #12576 for

S. BRENT VOGEL
Nevada Bar No. 6858
BRIGETTE E. FOLEY
Nevada Bar No. 12965
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant Correct Care Solutions, LLC*