S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
Ethan.Featherstone@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel.: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
*Correct Care Solutions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, An individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, CORRECTIONAL HEALTHCARE COMPANIES, INC., A Foreign Corporation, CORRECT CARE SOLUTIONS LLC, A Foreign Limited Liability Company, MICHELLE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, CORRECTION OFFICER DOE 1-10, HEALTH CARE WORKER DOES 11-20, DOES 21-99 inclusive, ROE CORPORATIONS 100-199, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01911-APG-EJY<br><br>**NOTICE OF APPEARANCE OF ETHAN M. FEATHERSTONE** |

TO: ALL PARTIES AND TO THE COURT

PLEASE TAKE NOTICE that Ethan M. Featherstone, Esq., of Lewis Brisbois Bisgaard & Smith LLP, is also appearing for Defendant CORRECT CARE SOLUTIONS,

///

///

///

LLC. Brigette E. Foley, Esq. will no longer be representing Defendant in this case, and should be removed.

DATED this 23rd day of May, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Ethan M. Featherstone
S. BRENT VOGEL
Nevada Bar No. 6858
ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant Correct Care Solutions, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP, and that on this 23rd day of May, 2023, I did cause a true and correct copy of **NOTICE OF APPEARANCE OF ETHAN M. FEATHERSTONE** to be electronically-served on counsel of record for all remaining parties, as follows:

Keith E. Galliher, Jr., Esq.
Nevada Bar No.220
Jeffrey L. Galliher, Esq.
Nevada Bar No. 8078
THE GALLIHER LAW FIRM
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Email: kgalliher@galliherlawfirm.com

Dennis M. Prince
Andrew R. Brown
PRINCE LAW GROUP
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89135
Email: eservice@thedplg.com
*Attorneys for Plaintiff*

Bradford R. Jerbic
John A. Curtas
495 S. Main Street, 6th Floor
Las Vegas, NV 89101
Email: jacurtas@lasvegasnevada.gov
*Attorneys for Co-Defendants City of Las Vegas and Michelle Freeman*

By *__/s/ Gaylene Kim-Mistrille__*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW