**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEN MARIANO, | Case No.: 2:18-cv-01911-APG-EJY |
| Plaintiff | **Order for Proposed Joint Pretrial Order** |
| v. | |
| CITY OF LAS VEGAS, et al., | |
| Defendants | |

The proposed joint pretrial order is overdue. *See* ECF Nos. 88; 110.

I THEREFORE ORDER the parties to file a proposed joint pretrial order by November 22, 2023.

DATED this 30th day of October, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE