DENNIS M. PRINCE
Nevada Bar No. 5092
**PRINCE LAW GROUP**
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89135
T: 702-534-7600
F: 702-534-7601
E-Mail: eservice@thedplg.com
-and-
KEITH E. GALLIHER, JR
Nevada Bar No. 220
**THE GALLIHER LAW FIRM**
1850 E. Sahara Avenue, Suite 107
Las Vegas, NV 89104
T: 702-735-0049
F: 702-735-0204
E-Mail: kgalliher@galliherlawfirm.com
*Attorneys for Plaintiff Rosen Mariano*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEN MARIANO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; CORRECTIONAL HEALTHCARE COMPANIES, INC., a foreign corporation; CORRECT CARE SOLUTIONS, LLC, a foreign limited liability company; MICHELE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas; CORRECTION OFFICER DOE 1-10; HEALTHCARE WORKER DOES 11-20; DOES 21-99; inclusive; ROE CORPORATIONS 100-199, inclusive, <br><br> Defendants. | CASE NO.: 2:18-CV-01911-APG-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, between the Parties, by and through their respective counsel of record, that the deadline for the proposed joint pretrial order will be extended to December 13, 2023. This is the Parties' first request to extend time. This Stipulation and [Proposed] Order is submitted in accordance LR IA 6-1.



Case 2:18-cv-01911-APG-EJY   Document 113   Filed 11/17/23   Page 2 of 2

1  The Parties respectfully request this brief extension of time to accommodate both parties in light of the Thanksgiving holiday. In addition, the Parties respectfully request this brief extension of time to accommodate Plaintiff's counsel. Specifically, Mr. Prince has family (daughter, son-in-law, and one-year-old grandson) coming into town November 18-25, 2023. Mr. Prince is hosting his grandson's one year birthday party at his house on November 22, 2023. The requested extension of time will allow the Parties to comprehensively address the matters in the Joint Pretrial Order. The Parties' requested extension is not made in bad faith or to unnecessarily delay these proceedings. Therefore, the Parties respectfully request the Court approve the foregoing stipulation.

DATED this 16th day of November, 2023

**PRINCE LAW GROUP**

*/s/ Dennis M. Prince*
DENNIS M. PRINCE
Nevada Bar No. 5092
10801 W. Charleston Blvd., Suite 560
Las Vegas, Nevada 89135
Attorneys for Plaintiff
*Rosen Mariano*

DATED this 16th day of November, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH**

*/s/ Ethan M. Featherstone*
S. BRENT VOGEL
Nevada Bar No. 6858
ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
*Correct Care Solutions, LLC*

DATED this 16th day of November, 2023

**LAS VEGAS CITY ATTORNEY'S OFFICE**

*/s/ John A. Curtas*
BRADFORD R. JERBIC
Nevada Bar No. 1056
JOHN A. CURTAS
Nevada Bar No. 1841
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
Attorneys for Defendants
*City of Las Vegas and Michelle Freeman*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: November 17, 2023



Page 2 of 3