1  DENNIS M. PRINCE
   Nevada Bar No. 5092
2  **PRINCE LAW GROUP**
   10801 W. Charleston Blvd., Suite 560
3  Las Vegas, NV 89135
   T: 702-534-7600
4  F: 702-534-7601
   E-Mail: eservice@thedplg.com
5  -and-
   KEITH E. GALLIHER, JR
6  Nevada Bar No. 220
7  **THE GALLIHER LAW FIRM**
   1850 E. Sahara Avenue, Suite 107
8  Las Vegas, NV 89104
   T: 702-735-0049
9  F: 702-735-0204
   E-Mail: kgalliher@galliherlawfirm.com
10 *Attorneys for Plaintiff Rosen Mariano*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, an individual, | CASE NO.: 2:18-CV-01911-APG-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |
| THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; CORRECTIONAL HEALTHCARE COMPANIES, INC., a foreign corporation; CORRECT CARE SOLUTIONS, LLC, a foreign limited liability company; MICHELE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas; CORRECTION OFFICER DOE 1-10; HEALTHCARE WORKER DOES 11-20; DOES 21-99; inclusive; ROE CORPORATIONS 100-199, inclusive, | **(Second Request)** |
| Defendants. | |

WHEREAS, the Court granted in part, denied in part, Defendant Correct Care Solutions, LLC's initial Motion for Summary Judgment and reopened discovery. *See* ECF 69, Order filed August 20, 2021.



1. WHEREAS, the Court granted in part, denied in part, Defendant Correct Care Solutions, LLC's second Motion for Summary Judgment. *See* ECF 110, Order filed September 21, 2023.

2. WHEREAS, on October 30, 2023, the Court entered an Order for Proposed Joint Pretrial order, requiring the proposed Joint Pretrial Order to be filed by November 22, 2023. *See* ECF 111.

3. WHEREAS, on November 17, 2023, the Court executed the parties' Stipulation and Order to Extend Deadline to the proposed Joint Pretrial Order (first request), which requested a brief extension to December 13, 2023, to accommodate the parties in light of the Thanksgiving Holiday and to accommodate Plaintiff's counsel's family matters.

4. WHEREAS, on November 19, 2023, the parties discussed the proposed Joint Pretrial Order by telephone.

5. WHEREAS, during the telephone conference regarding the proposed Joint Pretrial Order on November 29, 2023, the parties discussed that they have not engaged in settlement discussions through the judicial settlement program or private mediation.

6. WHEREAS, during the telephone conference on November 29, 2023, the parties agreed to mutually select a private mediator and to file the Joint Pretrial Order within thirty (30) days of the conclusion of the mediation if a settlement is not reached.

7. WHEREAS, by December 4, 2023, all parties mutually agreed to select the Honorable David Wall, a retired Las Vegas District Court judge, to serve as the mediator.

8. WHEREAS, as of December 4, 2023, the parties have obtained proposed dates from the mediator and are working to schedule an in-person mediation at a mutually agreed upon date and time by February 1.

9. WHEREAS, this Stipulation and Order is submitted in accordance LR IA 6-1.

10. WHEREAS, this is the parties' second request to extend the time for filing the proposed Joint Pretrial Order.

11. WHEREAS, the parties' requested extension is not made in bad faith or to unnecessarily delay these proceedings.

/ / /

/ / /



1  IT IS HEREBY STIPULATED AND AGREED, between the parties, by and through their respective counsel of record, that the parties have agreed to attend mediation and to extend the filing of the joint pretrial order accordingly.

IT IS FURTHER STIPULATED AND AGREED that, in the event the parties are unable to reach a settlement at mediation, the parties shall file a proposed Joint Pretrial Order within thirty (30) days of the conclusion of the mediation.

THEREFORE, the Parties respectfully request the Court approve the foregoing stipulation.

DATED this 5th day of December, 2023          DATED this 5th day of December, 2023
.
**PRINCE LAW GROUP**                          **LEWIS BRISBOIS BISGAARD & SMITH**

/s/ Dennis M. Prince                          /s/ Ethan M. Featherstone
_____                     _____
DENNIS M. PRINCE                              S. BRENT VOGEL
Nevada Bar No. 5092                           Nevada Bar No. 6858
10801 W. Charleston Blvd., Suite 560          ETHAN M. FEATHERSTONE
Las Vegas, Nevada 89135                       Nevada Bar No. 11566
Attorneys for Plaintiff                       6385 S. Rainbow Blvd., Suite 600
*Rosen Mariano*                               Las Vegas, Nevada 89118
                                              Attorneys for Defendant
                                              *Correct Care Solutions, LLC*

DATED this 5th day of December, 2023

**LAS VEGAS CITY ATTORNEY'S OFFICE**

/s/ John A. Curtas
_____
BRADFORD R. JERBIC
Nevada Bar No. 1056
JOHN A. CURTAS
Nevada Bar No. 1841
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
Attorneys for Defendants
*City of Las Vegas and Michelle Freeman*



Case 2:18-cv-01911-APG-EJY   Document 117   Filed 12/05/23   Page 4 of 4

Rosen Mariano v. Correct Care Solutions, LLC, et al.
Case No. 2:18-cv-01911-APG-EJY
Stipulation and Order to Extend Joint Pretrial Order Deadline

# ORDER

**IT IS SO ORDERED.**

DATED: December 5, 2023

_____
UNITED STATES MAGISTRATE JUDGE

