THE GALLIHER LAW FIRM
Keith E. Galliher, Jr., Esq.
Nevada Bar No. 220
George J. Kunz, Esq.
Nevada Bar No. 12245
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com
gkunz@lvlawguy.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, An Individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, CORRECTIONAL HEALTHCARE COMPANIES, INC, A Foreign Corporation, CORRECT CARE SOLUTIONS LLC, A Foreign Limited Liability Company, MICHELE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas, CORRECTIONS OFFICER DOE 1- 10, HEALTH CARE WORKER DOES 11-20, DOES 21-99 inclusive, ROE CORPORATIONS 100-199, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01911-APG-GWF<br><br>**STIPULATION AND ORDER TO REMOVE THE PRINCE LAW GROUP AS ATTORNEY OF RECORD FOR PLAINTIFF, ROSEN MARIANO** |

IT IS HEREBY STIPULATED AND AGREED by and between KEITH E. GALLIHER, ESQ., of THE GALLIHER LAW FIRM, Attorneys for Plaintiff ROSEN MARIANO, and S. BRENT VOGEL, ESQ. and ETHAN M. FEATHERSTONE, ESQ. of LEWIS BRISBOIS BISGAARD & SMITH, LLP., Attorneys for Defendant CORRECT CARE SOLUTIONS, and JOHN A. CURTISS of LAS VEGAS CITY ATTORNEY'S OFFICE, Attorneys for Defendant City of Las Vegas that THE PRINCE LAW GROUP, be removed as attorney of record in the above-entitled matter.

The Court is aware that on April 8, 2024 Mr. Prince was tragically shot and killed. Mr. Galliher

has been attorney of record from the inception of this case and is willing and more than able to move forward as attorney of record for Plaintiff, Rosen Mariano. No delay of any kind will result from the removal of The Prince Law Group as attorney of record as Plaintiff, Rosen Mariano will continue to be represented by Mr. Galliher.

THEREFORE, the Parties respectfully request the Court approve the foregoing stipulation to remove THE PRINCE LAW GROUP as attorney of record in the above-entitled matter.

Dated this 21st day of May, 2024.

THE GALLIHER LAW FIRM

By: *Keith E. Galliher, Jr.*
    Keith E. Galliher, Jr., Esq.
    Nevada Bar No.220
    1850 E. Sahara Avenue, Suite 107
    Las Vegas, Nevada 89104
    *Attorneys for Plaintiff*

Dated this 21st day of May, 2024.

LEWIS BRISBOIS BISGAARD & SMITH

By: *S. Brent Vogel*
    S. Brent Vogel, Esq.
    Nevada Bar No. 6858
    Ethan M. Featherstone, Esq.
    Nevada Bar No. 11566
    6385 S. Rainbow Blvd., Suite 600
    Las Vegas, Nevada 89118
    *Attorneys for Defendant*
    *Correct Care Solutions, LLC*

Dated this 21st day of May, 2024.

LAS VEGAS CITY OF ATTORNEY'S OFFICE

By: *John A. Curtas*
    Bradford R. Jerbic, Esq.
    Nevada Bar No. 1056
    John A. Curtas, Esq.
    Nevada Bar No. 1841
    495 South Main Street, Sixth Floor
    Las Vegas, Nevada 89101
    *Attorneys for Defendant City of Las Vegas*
    *and Michele Freeman*

Dated this 21st day of May, 2024

THE PRINCE LAW GROUP

By: *Angela M. Lee*
    Colin P. Cavanaugh, Esq.
    Nevada Bar No. 13842
    Shannon M. Wilson, Esq.
    Nevada Bar No. 13988
    Angela M. Lee, Esq.
    Nevada Bar No. 14905
    10801 W. Charleston Blvd., Ste. 560
    Las Vegas, Nevada 89148
    *Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated: May 22, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE