**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEN MARIANO,<br><br>   Plaintiff<br><br>v.<br><br>CITY OF LAS VEGAS, et al.,<br><br>   Defendants | Case No.: 2:18-cv-01911-APG-EJY<br><br>**Order for Status Report** |

I ORDER the parties to file a status report by October 15, 2024.

DATED this 30th day of September, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE