**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
gkunz@lvlawguy.com

**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA A. PHIPPS, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Rosen Mariano*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEN MARIANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; CORRECTIONAL HEALTHCARE COMPANIES, INC., a foreign corporation; CORRECT CARE SOLUTIONS, LLC, a foreign limited liability company; MICHELE FREEMAN, Chief of Detention Enforcement for the City of Las Vegas; CORRECTION OFFICER DOE 1-10; HEALTHCARE WORKER DOES 11-20; DOES 21-99; inclusive; ROE CORPORATIONS 100-199, inclusive,<br><br>Defendants. | CASE NO.:   2:18-cv-01911-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(SECOND REQUEST)** |

. . .

Pursuant to LR IA 6-1, the Parties, by and through their undersigned counsel of record, hereby stipulate and request that this Court extend the deadline for filing the Joint Pretrial Order ("JPTO") by a period of sixty (60) days, up to and including January 10, 2025, for the reasons explained more fully below. This is the second request seeking an extension of the JPTO deadline.

WHEREAS, on October 15, 2024, the Parties submitted their *Case Status Report* requesting until November 12, 2024 to submit their Joint Pretrial Order (ECF No. 127).

WHEREAS, Mr. Lagomarsino and Ms. Phipps had just appeared on behalf of Plaintiff the day before (ECF No. 126).

WHEREAS, Counsel for Defendant CCS took the lead on drafting the JPTO and provided a draft on November 6, 2024.

WHEREAS, good cause for this extension exist to allow Plaintiff's new counsel to devote the appropriate amount of time to the analysis of the matters within the JPTO which will allow for streamlining the trial process and narrowing down the issues to be tried, and will be unable to do so before the current deadline due to the extensive file review required on this case. Additionally, counsel anticipates that the upcoming holiday schedules will delay this process.

WHEREAS, the Parties agree to the following deadlines:

- The Parties will disclose proposed exhibits on <u>December 6, 2024</u>.
- The Parties will exchange objections to proposed exhibits on <u>December 13, 2024</u>.
- The Parties will exchange proposed JPTO language on <u>December 20, 2024</u>.
- The Parties will conduct a telephone conference on <u>January 3, 2025,</u> to discuss the final language to be incorporated JPTO language and any remaining issues.
- The Parties will file the JPTO by <u>January 10, 2025</u>.

. . .

. . .

. . .

This request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 6th day of November, 2024.

**LAGOMARSINO LAW**

 /s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA A. PHIPPS, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiff Rosen Mariano*

**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Rosen Mariano*

DATED this 6th day of November, 2024.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

 /s/ Ethan Featherstone
S. BRENT VOGEL, ESQ. (#6858)
ETHAN FEATHERSTONE, ESQ. (#11566)
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
Correct Care Solutions, LLC*

DATED this 6th day of November, 2024.

**LAS VEGAS CITY ATTORNEY'S OFFICE**

 /s/ Paul Mata
PAUL MATA, ESQ. (#14922)
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant
City of Las Vegas and Michelle Freeman*

**ORDER**

**IT IS SO ORDERED.**

Dated:  November 7, 2024

_____
UNITED STATES MAGISTRATE JUDGE