**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
gkunz@lvlawguy.com

**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA A. PHIPPS, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Rosen Mariano*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; et al.,<br><br>Defendants. | CASE NO.:    2:18-cv-01911-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1, the Parties, by and through their undersigned counsel of record, hereby stipulate and request that this Court extend the deadline for filing the Joint Pretrial Order ("JPTO") by a period of ninety (90) days, up to and including May 7, 2026, for the reasons explained more fully below. This is the third request seeking an extension of the JPTO deadline.

. . .

Page 1 of 3

WHEREAS, on December 5, 2025, after granting Defendant CCS's motion to dismiss, the Court ordered the joint pretrial order to be due on February 6, 2026 (ECF No. 156).

WHEREAS, on January 15, 2026, Plaintiff filed a motion to compel limited discovery from ProAssurance (ECF No. 157).

WHEREAS, the information that is being compelled from ProAssurance will have an impact on the Parties joint pretrial order.

WHEREAS, good cause for this extension exists to allow time to acquire the information from ProAssurance, which will allow for streamlining the trial process and narrowing down the issues to be tried.

. . .

. . .

. . .

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065

WHEREAS, the Parties agree to the following deadlines:

• The Parties will disclose proposed exhibits on <u>April 9, 2026</u>.

• The Parties will exchange objections to proposed exhibits on <u>April 16, 2026</u>.

• The Parties will exchange proposed JPTO language on <u>April 23, 2026</u>.

• The Parties will conduct a telephone conference on <u>April 30, 2026,</u> to discuss the final language to be incorporated JPTO language and any remaining issues.

• The Parties will file the JPTO by <u>May 7, 2026</u>.

This request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 21st day of January, 2026.                DATED this 21st day of January, 2026.

**LAGOMARSINO LAW**                                          **LAS VEGAS CITY ATTORNEY'S OFFICE**

 /s/ Andre M. Lagomarsino                                      /s/ Paul Mata
ANDRE M. LAGOMARSINO, ESQ. (#6711)          PAUL MATA, ESQ. (#14922)
CRISTINA A. PHIPPS, ESQ. (#16440)               495 S. Main Street, 6th Floor
3005 W. Horizon Ridge Pkwy., #241                  Las Vegas, Nevada 89101
Henderson, Nevada 89052                                 *Attorneys for Defendant*
                                                                    *City of Las Vegas and Michelle Freeman*
**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Rosen Mariano*

**ORDER**

**IT IS SO ORDERED.**

Dated:  January 21, 2026

_____
UNITED STATES MAGISTRATE JUDGE

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065