**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
gkunz@lvlawguy.com

**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Rosen Mariano*

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864   Facsimile: (702) 383-0065

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, an individual, | CASE NO.:   2:18-cv-01911-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| vs. | **(FIRST REQUEST)** |
| THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; et al., | |
| Defendants. | |

Pursuant to LR IA 6-1, the Parties, by and through their undersigned counsel of record, hereby stipulate and request that this Court continue the hearing on Plaintiff's Motion to Compel (ECF No. 157) to a date convenient to the court after March 23, 2026.

WHEREAS, on January 15, 2026, Plaintiff filed his Motion to Compel ProAssurance's Attendance at Deposition and Production of Documents (ECF No. 157).

WHEREAS, on January 26, 2026, **counsel for Plaintiff**, scheduled a medical procedure

to go forward on March 19, 2026 that cannot be rescheduled.

WHEREAS, on January 29, 2026, ProAssurance Specialty Insurance Company filed their Response (ECF No. 161).

WHEREAS, on February 5, 2026, Plaintiff filed his Reply (ECF No. 162).

WHEREAS, on February 9, 2026, the Court scheduled a hearing on Plaintiff's Motion to Compel for March 19, 2026 at 11:00 a.m.

WHEREAS, good cause for this continuance exists to allow Plaintiff's Counsel's medical procedure to go forward as previously scheduled.

**IT IS SO STIPULATED.**

DATED this 16th day of February, 2026.

**LAGOMARSINO LAW**

 /s/ Cristina P. Valentine
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052

**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
*Attorneys for Plaintiff Rosen Mariano*

DATED this 16th day of February, 2026.

**LAS VEGAS CITY ATTORNEY'S OFFICE**

 /s/ Paul Mata
PAUL MATA, ESQ. (#14922)
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*City of Las Vegas and Michelle Freeman*

DATED this 16th day of February, 2026.

**ROPERS MAJESKI**

 /s/ Timothy J. Lepore
TIMOTHY J. LEPORE, ESQ. (#13908)
6623 Las Vegas Boulevard South, Ste. F-230
Las Vegas, NV 89119
*Attorneys for Non-Party ProAssurance*
*Specialty Insurance Company*

## ORDER

**IT IS HEREBY ORDERED** that the Stipulation to Continue Hearing (ECF No. 166) is GRANTED.

**IT IS FURTHER ORDERED** that the hearing on Plaintiff's Motion to Compel (ECF No. 157) scheduled for March 19, 2026 is vacated and rescheduled to **March 9, 2026 at 1:00 p.m. in Courtroom 3D**.

Dated this 17th day of February, 2026.

UNITED STATES MAGISTRATE JUDGE

Page 2 of 2

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065