**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
gkunz@lvlawguy.com

**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Rosen Mariano*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; et al.,<br><br>Defendants. | CASE NO.:   2:18-cv-01911-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(FOURTH REQUEST)** |

Pursuant to LR IA 6-1, the Parties, by and through their undersigned counsel of record, hereby stipulate and request that this Court extend the deadline for filing the Joint Pretrial Order ("JPTO") by a period of ninety (90) days, up to and including August 5, 2026, for the reasons explained more fully below. This is the fourth request seeking an extension of the JPTO deadline.

WHEREAS, on December 5, 2025, after granting Defendant CCS's motion to dismiss, the Court ordered the joint pretrial order to be due on February 6, 2026 (ECF No. 156).

WHEREAS, on January 15, 2026, Plaintiff filed a motion to compel limited discovery from ProAssurance (ECF No. 157).

WHEREAS, on March 9, 2026, Plaintiffs' motion to compel was heard and denied without prejudice to allow the parties to meet and confer. Plaintiff and ProAssurance were directed to meet and confer and file a joint statement by April 21, 2026, providing details about their agreement to the production of information or otherwise outlining their disagreement for the Court to consider and decide upon. The next hearing on this matter is currently set for April 24, 2026, at 10:00 a.m. (ECF No. 168).

WHEREAS, the information that is being compelled from ProAssurance will have an impact on the Parties' joint pretrial order and whether the appropriate party has been named nominally.

WHEREAS, good cause for this extension exists to allow time to acquire the information from ProAssurance, which will allow Plaintiff to determine whether the appropriate party has been named nominally, take appropriate next steps, and otherwise streamline the trial process by narrowing down the issues to be tried.

…

…

…

…

…

…

…

…

…

…

WHEREAS, the Parties agree to the following deadlines:

- The Parties will disclose proposed exhibits on July 8, 2026.

- The Parties will exchange objections to proposed exhibits on July 15, 2026.

- The Parties will exchange proposed JPTO language on July 22, 2026.

- The Parties will conduct a telephone conference on July 29, 2026, to discuss the final language to be incorporated JPTO language and any remaining issues.

- The Parties will file the JPTO by August 5, 2026.

This request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 1st day of April, 2026.

**LAGOMARSINO LAW**

 /s/ Cristina P. Valentine
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052

**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Rosen Mariano*

DATED this 1st day of April, 2026.

**LAS VEGAS CITY ATTORNEY'S OFFICE**

 /s/ Paul Mata
PAUL MATA, ESQ. (#14922)
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*City of Las Vegas and Michelle Freeman*

**ORDER**

**IT IS SO ORDERED.**

Dated:  April 1, 2026

_____
UNITED STATES MAGISTRATE JUDGE

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864   Facsimile: (702) 383-0065