**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
gkunz@lvlawguy.com

**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Mariano*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, et al.,<br><br>Defendants. | CASE NO.:   2:18-cv-01911-APG-EJY<br><br>**JOINT STATEMENT & STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING (ECF NO. 172)** |

Plaintiff ROSEN MARIANO and Non-Party PROASSURANCE SPECIALTY INSURANCE COMPANY, INC. (hereinafter the "Interested Parties"), by and through their undersigned attorneys, hereby submit this *Joint Statement & Stipulation and [Proposed] Order to Continue Hearing (ECF No. 172)* as required by the Court's Order on April 22, 2026 (ECF No. 172), in relation to their efforts to meet and confer on issues raised in Plaintiff's Motion to

Page 1 of 3

4901-2924-3824.1

Compel (ECF No. 157).[1] The Interested Parties hereby incorporate their Joint Statement filed on April 21, 2026 (ECF No. 171).

Since the filing of the Joint Statement, Plaintiff's counsel has reviewed the draft of the declaration provided by ProAssurance. However, Plaintiff's counsel believes that the declaration draft still remains deficient and has only recently set forth its position to ProAssurance on May 26, 2026.[2] While ProAssurance is still reviewing the contents of Plaintiff's counsel's correspondence, ProAssurance believes its proposed declaration adequately provides Plaintiff's counsel with the necessary information to determine whether the Liquidating Trustee is the proper defendant, but will continue to meet and confer with Plaintiff's counsel to determine if a resolution can be met. However, the possibility remains that the Interested Parties may not be able to come to an agreement on remaining revisions and secure a signed version of a final agreed-upon declaration from ProAssurance.

Therefore, the interested parties propose and **HEREBY STIPULATE** that:

The hearing currently scheduled for Wednesday, June 3, 2026, at 11:00 a.m. (ECF No. 172) shall be continued to a date agreeable with the Court's schedule and occurring no sooner than Monday, June 29, 2026, to provide the Interested Parties additional time to meet and confer on remaining issues, and secure a signed version of the final, agreed-upon version of the declaration from ProAssurance in advance of that hearing. If the Interested Parties cannot agree, the Interested Parties will simultaneously submit supplemental briefs to the Court, no longer than seven pages, five days before the hearing date the Court sets on Plaintiff's Motion to Compel.

The interested parties shall provide the Court with a Joint Statement seven days in advance of the continued hearing date, as previously required by the Court's Order on March 9,

[1] Denied without prejudice (ECF No. 168).
[2] Most recently, this matter has been transferred internally within Plaintiff's counsel's office and those deficiencies were detailed to ProAssurance as of May 21, 2026.

4901-2924-3824.1

2026 (ECF No. 168), informing the Court whether the hearing on Plaintiff's Motion to Compel shall be vacated or proceed.

**IT IS SO STIPULATED AND AGREED.**

DATED this 29th day of May, 2026.

DATED this 29th day of May, 2026.

**LAGOMARSINO LAW**

**ROPERS MAJESKI PC**

*/s/ Andre M. Lagomarsino, Esq.*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052

*/s/ Timothy J. Lepore, Esq.*
TIMOTHY J. LEPORE, ESQ. (#13908)
*Attorney for Non-Party ProAssurance
Specialty Insurance Company, Inc.*

**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Mariano*

### ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the hearing set for June 3, 2026 at 11:00 a.m. is vacated and rescheduled to _____ **July 15, 2026 at 10:30 a.m.** _____ in Courtroom 3D.

**IT IS FURTHER ORDERED** that the Parties' status report is due **July 8, 2026** .

UNITED STATES MAGISTRATE JUDGE

DATED: May 29, 2026

Page 3 of 3

4901-2924-3824.1