**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
gkunz@lvlawguy.com

**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Rosen Mariano*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; et al.,<br><br>Defendants. | CASE NO.:    2:18-cv-01911-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(FIFTH REQUEST)** |

Pursuant to LR IA 6-1, the Parties, by and through their undersigned counsel of record, hereby stipulate and request that this Court extend the deadline for filing the Joint Pretrial Order ("JPTO") by a period of one hundred twenty (120) days, up to and including December 3, 2026, for the reasons explained more fully below. This is the fifth request seeking an extension of the JPTO deadline.

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065

WHEREAS, on December 5, 2025, after granting Defendant CCS's motion to dismiss, the Court ordered the joint pretrial order to be due on February 6, 2026 (ECF No. 156).

WHEREAS, on January 15, 2026, Plaintiff filed a motion to compel limited discovery from ProAssurance (ECF No. 157).

WHEREAS, on March 9, 2026, Plaintiffs' motion to compel was heard and denied without prejudice to allow the parties to meet and confer. Plaintiff and ProAssurance were directed to meet and confer and file a joint statement by April 21, 2026, providing details about their agreement to the production of information or otherwise outlining their disagreement for the Court to consider and decide upon (ECF No. 168). That Joint Statement deadline was extended to May 29, 2026 (ECF No. 172), then further extended to July 8, 2026, and the next hearing on this matter is currently set for July 15, 2026, at 10:30 a.m. (ECF No. 178).

WHEREAS, the information that is being compelled from ProAssurance will have an impact on the Parties' joint pretrial order and whether the appropriate party has been named nominally.

WHEREAS, good cause for this extension exists to allow time to acquire the information from ProAssurance, which will allow Plaintiff to determine whether the appropriate party has been named nominally, take appropriate next steps, and otherwise streamline the trial process by narrowing down the issues to be tried.

WHEREAS, further good cause exists for this extension as the Parties have other case commitments that will impact their preparation of this extensive pleading. Defense counsel has an approximate two (2) week trial, in Eighth Judicial District Court Case No. A-24-892100-C, beginning on June 15, 2026, and will be going on a two-week vacation in July. Plaintiff's counsel will be on vacation for one week in July and another week at the end of August, followed by a three-week trial in Eighth Judicial District Court Case No. A-24-906439-C, beginning September 8, 2026.

. . .

. . .

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065

WHEREAS, the Parties agree to the following deadlines:

- The Parties will disclose proposed exhibits on <u>November 5, 2026</u>.

- The Parties will exchange objections to proposed exhibits on <u>November 12, 2026</u>.

- The Parties will exchange proposed JPTO language on <u>November 19, 2026</u>.

- The Parties will conduct a telephone conference by <u>November 26, 2026,</u> to discuss the final language to be incorporated JPTO language and any remaining issues.

- The Parties will file the JPTO by <u>December 3, 2026</u>.

This request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 11th day of June, 2026.

**LAGOMARSINO LAW**

  _/s/ Andre M. Lagomarsino_
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052

**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Rosen Mariano*

DATED this 11th day of June, 2026.

**LAS VEGAS CITY ATTORNEY'S OFFICE**

  _/s/ Paul Mata_
PAUL MATA, ESQ. (#14922)
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*City of Las Vegas and Michelle Freeman*

**ORDER**

**IT IS SO ORDERED.**

Dated June 12, 2026

_____
UNITED STATES MAGISTRATE JUDGE

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065