**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
gkunz@lvlawguy.com

**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Mariano*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROSEN MARIANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, et al.,<br><br>Defendants. | CASE NO.:   2:18-cv-01911-APG-EJY<br><br>**JOINT STATUS REPORT** |

Plaintiff ROSEN MARIANO and Non-Party PROASSURANCE SPECIALTY INSURANCE COMPANY, INC. (hereinafter the "Interested Parties"), by and through their undersigned attorneys, hereby submit this *Joint Status Report* as required by the Court's Order on May 29, 2026 (ECF No. 178), in relation to their efforts to meet and confer on issues raised

Page 1 of 3

4903-2351-1484.1

in Plaintiff's Motion to Compel (ECF No. 157).[1] The Interested Parties hereby incorporate their Joint Statements filed on April 21, 2026 (ECF No. 171) and May 29, 2026 (ECF No. 177).

Following Plaintiff's May 26, 2026 letter addressing the deficiencies he believes remain in the declaration draft, ProAssurance responded with a new draft of the declaration and a letter detailing their position on July 1, 2026. Plaintiff's counsel responded on July 6, 2026 with further requested revisions and the Parties met and conferred on July 7, 2026. At this time, the Interested Parties believe they are close to an agreement on the remaining revisions.

Therefore, the Interested Parties respectfully request that a Status Check on this matter be scheduled for no sooner than three (3) weeks to confirm if the Interested Parties have come to an agreement.[2] If the Interested Parties cannot agree, the Interested Parties request that the Court set a supplemental briefing schedule at the Status Check.

. . .

. . .

. . .

---

[1] Denied without prejudice on March 9, 2026 (ECF No. 168).

[2] ProAssurance's counsel has a preplanned vacation starting August 8, 2026, through August 15, 2026, and respectfully ask the Court not to set the status check during that week.

4903-2351-1484.1

The Interested Parties shall provide the Court with a Joint Status Report in advance of the Status Check informing the Court whether the Status Check shall be vacated or proceed.

**IT IS SO STIPULATED AND AGREED.**

DATED this 8th day of July, 2026.                    DATED this 8th day of July, 2026.

**LAGOMARSINO LAW**                              **ROPERS MAJESKI PC**

*/s/ Andre M. Lagomarsino*                        */s/ Timothy J. Lepore*
ANDRE M. LAGOMARSINO, ESQ. (#6711)    TIMOTHY J. LEPORE, ESQ. (#13908)
CRISTINA P. VALENTINE, ESQ. (#16440)    *Attorney for Non-Party ProAssurance*
3005 W. Horizon Ridge Pkwy., #241           *Specialty Insurance Company, Inc.*
Henderson, Nevada 89052

**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Mariano*

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the hearing set for July 15, 2026 at 10:30 a.m. is vacated.

**IT IS FURTHER ORDERED** that a Status Check on this matter is set for _____August 19, 2026 at 3:30 p.m._____ in Courtroom 3D.

**IT IS FURTHER ORDERED** that the Interested Parties' Joint Status Report is due ___August 12, 2026___ .

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 8, 2026

Page 3 of 3

4903-2351-1484.1