**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
gkunz@lvlawguy.com

**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Mariano*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEN MARIANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, et al.,<br><br>Defendants. | CASE NO.: 2:18-cv-01911-APG-EJY<br><br>**JOINT STATUS REPORT** |

. . .

. . .

. . .

Plaintiff ROSEN MARIANO and Non-Party PROASSURANCE SPECIALTY INSURANCE COMPANY, INC. (hereinafter the "Interested Parties"), by and through their undersigned attorneys, hereby submit this *Joint Status Report* as required by the Court's Order on May 29, 2026 (ECF No. 178), in relation to their efforts to meet and confer on issues raised in Plaintiff's Motion to Compel (ECF No. 157).[1] The Interested Parties hereby incorporate their Joint Statements filed on April 21, 2026 (ECF No. 171), May 29, 2026 (ECF No. 177), and July 8, 2026 (ECF No. 181).

ProAssurance had made final revisions in ProAssurance's declaration. While Plaintiff has not yet received the signed declaration, it is anticipated that Proassurance will forward the same before August 21, 2026. Plaintiff does not necessarily agree with the substance of any coverage assessment made by ProAssurance as delineated in the declaration. However, ProAssurance has stated its position on certain matters which is sufficient to resolve the issues associated with the discovery dispute before the Court.

[1] Denied without prejudice on March 9, 2026 (ECF No. 168).

Therefore, the Interested Parties respectfully request that a Status Check on this matter be rescheduled from August 19, 2026 to a date in September 2026 to confirm that Plaintiff has received the signed declaration. The Interested Parties shall provide the Court with a Joint Status Report in advance of the Status Check informing the Court whether the Status Check shall be vacated or proceed.

**IT IS SO STIPULATED AND AGREED.**

DATED this 12th day of August, 2026.

**LAGOMARSINO LAW**

*/s/ Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052

**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Mariano*

DATED this 12th day of August, 2026.

**ROPERS MAJESKI PC**

*/s/ Timothy J. Lepore*
TIMOTHY J. LEPORE, ESQ. (#13908)
*Attorney for Non-Party ProAssurance Specialty Insurance Company, Inc.*

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the hearing set for August 19, 2026 at 3:30 p.m. is VACATED.

**IT IS FURTHER ORDERED** that a Status Check on this matter is set for September 15, 2026 at 2:30 p.m. in Courtroom 3D.

**IT IS FURTHER ORDERED** that the Interested Parties' Joint Status Report is due September 8, 2026.

UNITED STATES MAGISTRATE JUDGE
DATED: August 12, 2026