**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
gkunz@lvlawguy.com

**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Cristina@lagomarsinolaw.com
*Attorneys for Plaintiff Mariano*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEN MARIANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada, et al.,<br><br>Defendants. | CASE NO.: 2:18-cv-01911-APG-EJY<br><br>**JOINT STATUS REPORT** |

Plaintiff ROSEN MARIANO, by and through his undersigned attorneys, hereby submits this *Joint Status Report* as required by the Court's Order on May 29, 2026 (ECF No. 178), in relation to his efforts to meet and confer on issues raised in Plaintiff's Motion to Compel (ECF No. 157).[1] The Interested Parties hereby incorporate their Joint Statements filed

[1] Denied without prejudice on March 9, 2026 (ECF No. 168).



4905-1536-7118.1

on April 21, 2026 (ECF No. 171), May 29, 2026 (ECF No. 177), July 8, 2026 (ECF No. 181), and August 12, 2026 (ECF No. 184).

Following the Interested Parties' last joint status report on August 12, 2026, it was anticipated that Proassurance would forward the signed declaration before August 21, 2026. However, to date, ProAssurancce has not signed the declaration because the declarant has been on vacation and does not return until September 14, 2026, which ProAssurance's counsel was not aware of. Therefore, the Interested Parties respectfully request that the Status Check on this matter be rescheduled from September 15, 2026, to a date in October 2026, for Plaintiff to confirm receipt of the signed declaration.

The Interested Parties shall provide the Court with a Joint Status Report in advance of the Status Check, informing the Court whether the Status Check shall be vacated or proceed.

DATED this 8th day of September, 2026.

**LAGOMARSINO LAW**

*/s/ Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CRISTINA P. VALENTINE, ESQ. (#16440)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052

**THE GALLIHER LAW FIRM**
KEITH E. GALLIHER, JR, ESQ. (#220)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104

**GEORGE J. KUNZ, P.C.**
GEORGE J. KUNZ, ESQ. (#12245)
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Mariano*

DATED this 8th day of September, 2026.

**ROPERS MAJESKI PC**

*/s/ Timothy J. Lepore*
TIMOTHY J. LEPORE, ESQ. (#13908)
*Attorney for Non-Party ProAssurance Specialty Insurance Company, Inc.*

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the hearing set for September 15, 2026, at 2:30 p.m. is vacated.

**IT IS FURTHER ORDERED** that a Status Check on this matter is set for October 21, 2026 at 10:00 a.m. in Courtroom 3D.

**IT IS FURTHER ORDERED** that the Interested Parties' Joint Status Report is due October 14, 2026.

UNITED STATES MAGISTRATE JUDGE
DATED: September 8, 2026